**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| Gomathi Nayagam Subramanian, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No.: 2:26-cv-00215-DJC-SCR |
| | ) |
| Joseph B. Edlow, Director, United States | ) **ORDER RE: EXTENSION OF TIME TO** |
| Citizenship and Immigration Services, | ) **RESPOND TO INITIAL COMPLAINT** |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER**

It is hereby ORDERED that the parties' motion is GRANTED. Defendant shall file their Answer by April 30, 2026.

Dated:  March 26, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE